UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Julio Camps and Miriam Campos, | No. 2:24-cv-01317-KJM-DB |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| Dyck O'Neal, Inc., et al., | |
| Defendants. | |

Defendant Dyk-O'Neal, Inc. (DONI) moves to seal the previously filed exhibits to its opposition to the plaintiffs' ex parte application for a temporary restraining order. *See* Mot. Seal, ECF No. 20; Decl. & Exs., ECF No. 15-1. The filed copy of those exhibits inadvertently revealed plaintiffs' personal information. The request to seal ECF No. 15-1 is **granted**. **Within fourteen days**, defendant DONI shall file a redacted version of the declaration and exhibits at ECF No. 15-1 that obscures all personal information.

IT IS SO ORDERED.

DATE: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1