UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Camps and Miriam Campos,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Dyck O'Neal, Inc., et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-01317-KJM-DB<br><br>ORDER |

Plaintiffs Julio Campos and Miriam Campos move for leave to amend their complaint to plead claims against two additional defendants, to assert two new legal claims, and to remove two previously asserted claims. *See* Mot. Leave Am. at 1, ECF No. 29-1. Defendant Dyck-O'Neal, Inc. does not oppose the motion. *See generally* Stmt. Non-Opp'n, ECF No. 31. The court has also reviewed the proposed amended complaint and concludes an amendment is appropriate under Federal Rule of Civil Procedure 15(a)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."). The motion (ECF No. 29) is **granted**. Plaintiffs shall file the proposed amended complaint **within seven days**.

IT IS SO ORDERED.

DATED: September 6, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE