UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julio Camps and Miriam Campos,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Dyck O'Neal, Inc., et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-01317-KJM-SCR<br><br>ORDER |

　　　The stipulated request to continue (ECF No. 44) is **granted**. The hearing previously set for October 3, 2023 is **vacated and reset** for **October 31, 2024**, at 10:00 a.m. before the undersigned.

　　　The parties are directed to contact the chambers of the assigned Magistrate Judge to reschedule the settlement conference. If the Magistrate Judge is not able to accommodate a rescheduled settlement conference before October 31, 2024, the parties may seek a further extension of the hearing date so it falls after the new settlement conference date.

　　　IT IS SO ORDERED.

DATE: September 26, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE