UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CAMPOS and MIRIAM CAMPOS, | No. 2:24-cv-01317 KJM SCR |
| Plaintiffs, | |
| v. | ORDER |
| DYCK O'NEAL, | |
| Defendant. | |

Magistrate Judge Sean C. Rirodan will hold a settlement conference in this case on October 28, 2024, at 11:00 a.m. The settlement conference will be held via Zoom unless the parties request that the conference be conducted in person; login details will be provided prior to the date of the conference. The court expects that the parties will proceed with the settlement conference in good faith and attempt to resolve all or part of the case. If any party believes that the settlement conference will not be productive, that party shall so inform the court as far in advance of the settlement conference as possible. Unless otherwise specifically authorized by the court in advance of the settlement conference, the following individuals must participate in the settlement conference: (1) all of the attorney(s) who will try the case; (2) the parties; and (3) individuals with full authority to negotiate and settle the case, on any terms.

The Court is in receipt of the parties' confidential settlement conference statements. If either party wishes to convey additional information relating to settlement in advance of the

settlement conference, they may submit a supplemental settlement statement no later than October 24, 2024 along with a completed pre-worksheet (blank version attached).  These supplemental statements should not be filed on the docket; however, each party shall e-file a one-page document entitled Notice of Submission of Supplemental Confidential Settlement Conference Statement.  The statements should be marked "CONFIDENTIAL" and should state the date and time of the conference.

Judge Riordan will hold a short, pre-settlement conference via Zoom on October 16, 2024 at 11:00 a.m.  Only the lead attorney from each side[1] should participate.  At Judge Riordan's discretion, the joint discussion may be followed by private discussions between the judge and each party.  Zoom login information will be provided in advance of October 16, 2024.

In accordance with the above, it is hereby ORDERED that:

1. A pre-settlement conference is set before Magistrate Judge Riordan on October 16, 2024 at 11:00.

2. A settlement conference is set before Magistrate Judge Riordan on October 28, 2024, at 11:00 a.m.

3. No later than October 24, 2024, each party may submit a supplemental confidential settlement conference statement, as described above, to Magistrate Judge Riordan.

DATED: October 2, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court expects that the attorneys participating in the pre-settlement conference discussion will also participate in the settlement conference.

# Pre-Settlement Worksheet

|  | *Please fill in each value below* |
|---|---|
| *Additional cost to your party expected for . . . discovery* | $ |
| *. . . pretrial* | $ |
| *. . . trial* | $ |
| *Estimated probability of liability finding* | % |
| *Realistic high-end estimate of recovery by P* | $ |
| *Realistic low-end estimate of recovery by P* | $ |
| *Best estimate of recovery by P* | $ |
| *Last offer/demand (if any) previously made by your party* | $ |
| *Last offer/demand (if any) previously made by opposing party* | $ |
| *Proposed next offer/demand by your party* | $ |

1